CHRISTIAN J. MARTINEZ (CA SBN 215360)
*christian@redbridgelaw.net*
RED BRIDGE LAW
7 PIXLEY AVE., #7057
CORTE MADERA, CA 94925
PHONE: (415)250-6677
FACSIMILE: (415)683-7655

Attorneys for Plaintiff,
Micromega Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROMEGA SYSTEMS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>COMPANSOL, INC., a Texas Corporation, NEERAJ SETH, an individual, and DOES 1-50.<br><br>Defendants. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [CIV. L.R. 3-15]** |

Pursuant to Northern District Civil Local Rule 3-15, the undersigned certifies that the following listed person has a financial interest in the subject matter in controversy or in a party to the proceeding:

Charles Bornheim, CEO, Micromega Systems, Inc.

RESPECTFULLY SUBMITTED,

RED BRIDGE LAW

Date: February 27, 2015

By: */s/ Christian J. Martinez*
CHRISTIAN J. MARTINEZ,
Attorneys for Plaintiff,
MICROMEGA SYSTEMS, INC.